IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICHIE C. HARVEY SR., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>UTAH COUNTY JAIL et al., <br><br>　　　　Defendants. | **DISMISSAL ORDER <br>& MEMORANDUM DECISION** <br><br>Case No. 2:11-CV-47 TC <br><br>District Judge Tena Campbell |

　　　Plaintiff, inmate Richie C. Harvey Sr., filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 U.S.C.S. § 1915.  Reviewing the complaint under § 1915(e), in an Order dated April 16, 2012, the Court determined Plaintiff's complaint was deficient for a variety of reasons.  The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

　　　Plaintiff has not responded.  Indeed, the Court's Order was returned to sender, marked, "NO LONGER AT THIS ADDRESS.  Plaintiff has not since updated his address with the Court.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.

DATED this 2nd day of July, 2012.

BY THE COURT:

_____
JUDGE TENA CAMPBELL
United States District Court